*J. G. B. Erwin,* for defendant.

---

### 14800.  HINTON v. THE STATE.

LUKE, J.  "The Court of Appeals is without jurisdiction to pass upon the merits of any bill of exceptions the recitals of fact in which are not duly certified to be true. *Binyard* v. *State,* 126 *Ga.* 635 (1) (55 S. E. 498), and citations." *Foster* v. *State,* 29 *Ga. App.* 233 (114 S. E. 582). *Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923.

Indictment for making intoxicating liquor; from Macon superior court—Judge Littlejohn.  June 12, 1923.

*John B. Guerry,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.